FILED

2026 Jul-20  PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

**BRUCE STINSON,**
    Petitioner,

**v.**

**Case No. 1:26-cv-395-CLM-HNJ**

**WARDEN OF FCI TALLADEGA**,
    Respondent.

## MEMORANDUM OPINION

The magistrate judge has entered a report recommending that the court dismiss Petitioner Bruce Stinson's pro se petition for writ of habeas corpus (doc 1) without prejudice because the petition isn't ripe. Stinson has not objected to the magistrate judge's recommendation.

After reviewing the record, including the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Consistent with that recommendation, the court will enter a separate final judgment that dismisses Stinson's habeas petition (doc. 1) without prejudice for lack of jurisdiction.

The Bureau of Prisons has transferred Stinson to the Residential Reentry Management in Atlanta. *See* https://www.bop.gov/inmateloc/ (last visited July 19, 2026). So the court **DIRECTS** the Clerk of Court to update Stinson's address to: Bruce Stinson, 93765-020, RRM Atlanta, Residential Reentry Office, 719 McDonough Blvd. S.E., Atlanta, GA 30315.

**DONE** and **ORDERED** on July 20, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE